1  David B. Rosenbaum, 009819
   William D. Furnish, 028725
2  Colin M. Proksel, 034133
   OSBORN MALEDON, P.A.
3  2929 North Central Ave., Suite 2100
   Phoenix, Arizona 85012-2793
4  (602) 640-9000
   drosenbaum@omlaw.com
5  wfurnish@omlaw.com
   cproksel@omlaw.com
6
7  Attorneys for Defendants Resolvly, LLC,
   National Legal Staffing Support, LLC,
   JG Factor, LLC, and Gregory Fishman
8

9  IN THE UNITED STATES DISTRICT COURT

10  FOR THE DISTRICT OF ARIZONA

11  Brian Winkler,

12              Plaintiff,                No. CV-20-08248-PCT-DWL

13    vs.                                 **STIPULATION OF DISMISSAL
                                          WITH PREJUDICE**
14  GM Law Firm LLC, et al.,

15              Defendants.

16

17       Through undersigned and pursuant to Federal Rule of Civil Procedure

18  41(a)(1)(A)(ii), Plaintiff Brian Winkler and Defendants GM Law Firm LLC, Chantel

19  Grant, Resolvly, LLC, National Legal Staffing Support, LLC, JG Factor, LLC, Gregory

20  Fishman and Kevin Mason (the "Stipulating Defendants") hereby stipulate to the

21  dismissal with prejudice of all of Plaintiff's claims asserted against all Stipulating

22  Defendants in this action with prejudice and with each party to bear its own attorneys'

23  fees and costs incurred in this litigation.  A proposed Order accompanies this

24  Stipulation.

DATED this 8th day of January, 2021.

          OSBORN MALEDON, P.A.

          By <u>s/ William D. Furnish</u>
             David B. Rosenbaum
             William D. Furnish
             Colin M. Proksel
             2929 North Central Avenue, Suite 2100
             Phoenix, Arizona 85012-2793

Attorneys for Defendants Resolvly, LLC, National Legal Staffing Support, LLC, JG Factor, LLC, and Gregory Fishman

COPPERSMITH BROCKELMAN, PLC

          By <u>s/ Vidula U. Patki (w/ permission)</u>
             Keith Beauchamp
             Vidula U. Patki
             2800 North Central Avenue, Suite 1900
             Phoenix, Arizona 85004-1244

Attorneys for GM Law Firm, LLC and Chantel L. Grant

Kevin P. Mason, *pro se*

          By <u>s/ Kevin P. Mason (w/ permission)</u>
             Kevin P. Mason
             1900 Glades Road, Suite 270
             Boca Raton, FL 33431

HONOR LAW GROUP, PLLC

          By <u>s/ Macy D. Hanson (w/ permission)</u>
             James M. Cool
             4450 S. Rural Rd., Suite C-220
             Tempe, AZ  85282

          The Law Office of Macy D. Hanson, PLLC
          Macy D. Hanson (*Pro Hac Vice*)
          102 First Choice Drive
          Madison, Mississippi 39110

Attorneys for Plaintiff