# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Brian Winkler,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GM Law Firm LLC, et al.,<br><br>　　　　Defendants. | No. CV-20-08248-PCT-DWL<br><br>**JUDGMENT** |

　　　Judgment is entered against Defendant Julie Queler, and in favor of Plaintiff Brian Winkler, in the amount of $50,000.

　　　Dated this 1st day of April, 2021.

_____
Dominic W. Lanza
United States District Judge